REC'D MAY 28 2020

To: Clerk of Court

From: Joseph Roat

I am at Forrest City Federal Prison and my resources are very limited as we are currently locked down. I am asking that you please send me a copy of this motion.

Thank you,
Joseph Roat

Please Mail to: Joseph Roat 27951-045
FCC Forrest City - LOW
PO Box 9000 - low
Forrest City AR 72336