Name: Joseph Rost
Reg # 27951-045
Federal Correctional Complex (Low)
P.O. Box 9000-Low
Forrest City, AR 72336

U.S. District Court
Clerks office Atten: Judge Ketchmark
222 John Q. Hammons Parkway
Springfield MO, 65806

RECD MAY 28 2020